**Motion Granted in Part and Denied in Part; Order filed August 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00502-CV

_____

### CHRISTINE E. REULE, Appellant

### V.

### M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP AND HUGHES, WATTERS, ASKANASE, LLP, Appellees

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2008-75636**

## ORDER

On August 15, 2014, appellant filed a motion to exceed the word limit in her appellant's opening and reply briefs. *See* Tex. R. App. P. 9.4(i)(2). Appellant sought leave to file an opening brief of up to 25,000 words and a reply brief of up to 12,000, with an aggregate total of 47,500 words. On August 18, 2014, appellant filed her opening brief with a word-count of just under 25,000 words.

The court **GRANTS IN PART AND DENIES IN PART** appellant's motion and issues the following order:

We **STRIKE** appellant's brief filed April 18, 2014, and order appellant to file an amended brief of up to 20,000 words on or before **September 29, 2014**. Appellant's reply brief is limited to 7,500 words, with the aggregate of all briefs filed by appellant limited to 32,000 words. Appellant's reply brief shall be due after appellee's brief has been filed, in accordance with Texas Rule of Appellate Procedure 38.6(c).

PER CURIAM